LEGAL MAIL

Anthony Blue, pro se
#15A4723
Eastern Correctional Facility
P.O. Box 338, Napanoch,
New York 12458-0338

EASTERN ⭐ CORRECTIONAL FACILITY

NEOPOST
09/25/2024
US POSTAGE $011.00⁰
ZIP 12458
041M11463363



**UNITED STATES POSTAL SERVICE.** — Retail

P — US POSTAGE PAID
$0.00
Origin: 12458
09/25/24
3556200272-05

**PRIORITY MAIL®**

1 Lb 14.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/28/24

C012

SHIP TO:

10 BROAD ST
UTICA NY 13501-1233

USPS TRACKING® #


9505 5143 5751 4269 6126 02

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP 30 2024
RECEIVED

Clerk of Court
U.S. District Court
Northern District of New York
Alexander Pirnie Federal Bldg., 3rd Floor
10 Broad Street
Utica, New York 13501



PRIORITY ★ MAIL ★  TRACKED ★★★ INSURED

